Steve S. Gohari, Esq.   (SBN 189339)
**LAW OFFICES OF STEVE S. GOHARI**
21550 Oxnard St.  3rd Floor
Woodland Hills, California  91367
Telephone (818) 224-6647
Facsimile (818) 530-7748
bkgohari@gmail.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW A. BEAUCHMAN; <br><br> CYNTHIA A. BEAUCHMAN, <br><br> Plaintiffs, <br><br> vs. <br><br> BANK OF AMERICA, N.A.; QUALITY LOAN SERVICING CORP, a California Corporation and DOES 1-100, INCLUSIVE <br><br> Defendants. | CASE NO.: 2:13-CV-00696-JAM-CMK <br><br> STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE FIRST AMENDED COMPLAINT |

Plaintiffs Andrew A. Beauchman and Cynthia A. Beauchman (Hereinafter "Plaintiffs"), and Defendants Bank of America, N.A., and Quality Loan Servicing Corp., (collectively, "Defendants"), by and through their counsel of record, STIPULATE AND AGREE as follows:

WHEREAS, Plaintiffs can file their First Amended Complaint in this action on May 31, 2013;

WHEREAS, the Parties are engaged in discussions to resolve this matter amicably;

WHEREAS, the filing of the First Amended Complaint requested herein is not requested for the purpose of delay and will not result in prejudicial to the Parties or the Court.

NOW THEREFORE, Plaintiff and Defendants agree to the filing of the First Amendment Complaint by May 31, 2013.

IT IS SO STIPULATED

**Dated: May 31, 2013**             By: /s/Steve S. Gohari

                                                             Steve S. Gohari

                                                             Attorney for Plaintiffs

**Dated: May 30, 2013**

                                                             By: /s/Patricia Victory

                                                             Patricia Victory

                                                             Attorney for Defendants

### ORDER

Pursuant to the Stipulation of the parties and good cause appearing, IT IS ORDERED that plaintiffs shall file their First Amended Complaint no later than May 31, 2013. **The Court further orders that the June 5, 2013 hearing date on defendant's motion to dismiss (#5) be vacated.**

Dated:  5/31/2013                                 /s/ John A. Mendez

                                                             **John A. Mendez**

                                                             **U. S. DISTRICT COURT JUDGE**